# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0177

_____

ANTHONY MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Wesley R. Douglas, Judge.

May 8, 2024

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App.
P. 9.110(b); Fla. R. App. P. 9.141(b)(1).

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Anthony Miller, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.